JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL MENDEZ, et al.,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>COUNTY OF LOS ANGELES, et al.,<br><br>　　　　Defendants. | Case No.: **CV 11-04771-MWF (PJWx)**<br><br>**JUDGMENT AFTER TRIAL** |

Following a trial to the Court, the Court entered its Findings of Fact and Conclusions of Law. (Docket No. 250). Consistent with the Findings of Fact and Conclusions of Law, and pursuant to Rules 54(a) and 58(b)(1)(C) of the Federal Rules of Civil Procedure, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment on the merits be entered as follows:

1. On Plaintiffs' Claim that Defendants conducted an unreasonable search (based on warrantless entry) in violation of the Fourth Amendment: Judgment in the sum of **$1.00** in nominal damages is entered against Defendant Deputy Christopher Conley only, and in favor of Plaintiffs Angel Mendez and Jennifer Lynne Garcia (now Jennifer Mendez).

2. On Plaintiffs' Claim that Defendants conducted an unreasonable search (based on failure to knock-and-announce) in violation of the Fourth Amendment: Judgment in the sum of **$1.00** in nominal damages is entered, jointly and severally, against Defendants Deputies Conley and Jennifer Pederson, and in favor of Plaintiffs

3. On Plaintiffs' Claim that Defendants used excessive force (based on conduct at the moment of shooting) in violation of the Fourth Amendment: Judgment is entered in favor of Defendants Deputies Conley and Pederson.

4. On Plaintiffs' Claim that Defendants used excessive force (based on *Alexander/Billington* provocation) in violation of the Fourth Amendment: Judgment is entered, jointly and severally, against Defendants Deputies Conley and Pederson, and in favor of Plaintiffs, as follows:

**Plaintiff Angel Mendez**

| | | |
|---|---|---|
| a. Past Medical Bills: | $ | 721,056.00 |
| b. Future Medical Care: | | |
|   i.  Prosthesis upkeep & replacement: | $ | 407,000.00 |
|   ii. Future surgeries: | $ | 45,000.00 |
|   iii. Psychological care (5 years): | $ | 13,300.00 |
| c. Attendant Care (4 hours/day at $12.00/hour): | $ | 648,240.00 |
| d. Loss of Earnings: | $ | 241,920.00 |
| e. Non-Economic Damages: | $ | 1,800,000.00 |
| TOTAL: | $ | 3,876,516.00 |

**Plaintiff Jennifer Lynn Garcia (now Jennifer Mendez)**

| | | |
|---|---|---|
| a. | Past Medical Bills: | $ 95,182.00 |
| b. | Future Medical Care: | $ 37,000.00 |
| c. | Non-Economic Damages: | $ 90,000.00 |
| | TOTAL: | $ 222,182.00 |

5. On Plaintiffs' California tort claims: Judgment is entered in favor of Defendants Deputies Conley and Pederson.

DATED: August 27, 2013.

MICHAEL W. FITZGERALD
United States District Judge